**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>JESSICA UZARRAGA<br>JASON R UZARRAGA<br>Debtor(s) | Case No. 10-16096 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/12/2010.

2) The plan was confirmed on 09/27/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/06/2010, 02/12/2014, 01/26/2016, 03/01/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 07/02/2015.

6) Number of months from filing to last payment: 63.

7) Number of months case was pending: 73.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $44,800.00.

10) Amount of unsecured claims discharged without payment: $151,644.23.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $354,662.19 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$354,662.19** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,440.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $17,393.61 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$20,833.61** |

Attorney fees paid and disclosed by debtor:   $60.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADD.COM | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AES AMERICAN EDUCATION SVC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AES AMERICAN EDUCATION SVC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 1.00 | 7,534.80 | 7,534.80 | 5,240.19 | 0.00 |
| AMEX | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BUDDHAPPAREL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL BUSINESS CREDIT LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL BUSINESS CREDIT LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL BUSINESS CREDIT LLC | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL WORLD INC | Unsecured | 1.00 | 249,231.29 | 54,859.07 | 54,859.07 | 0.00 |
| CARMAX AUTO FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE CC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE CC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITI FLEX | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL RETAIL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREATIVE RECREATION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 6,704.21 | 6,704.21 | 6,704.21 | 4,662.54 | 0.00 |
| DISCOVER BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DKE INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| DSNB BLOOM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| EAST BAY FUNDING | Unsecured | 6,766.41 | 6,766.41 | 6,766.41 | 4,705.82 | 0.00 |
| ECMC | Unsecured | 26,891.04 | 26,891.04 | 26,891.04 | 18,701.88 | 0.00 |
| EMPIRE SKATEBOARD DISTRIBUTIO | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 24,563.26 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 24,563.26 | 24,563.26 | 24,563.26 | 17,082.99 | 0.00 |
| FIFTH THIRD BANK | Secured | 65,275.00 | 65,275.00 | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | NA | 0.00 | 65,275.00 | 45,396.75 | 0.00 |
| FIRST CAPITAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST CAPITAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST CAPITAL | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST USA BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST USA BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB PPPPLUS | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| GEMB/BANANA REP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/CARE CREDIT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HINSDALE BANK & TRUST | Secured | 17,132.49 | 17,132.49 | 17,132.49 | 17,132.49 | 2,356.88 |
| HSBC/BEST BUY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| HSBC/BEST BUY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| HSBC/BEST BUY | Unsecured | 2,763.00 | NA | NA | 0.00 | 0.00 |
| I SACHS SONS INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| INTERNATIONAL NEWS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MACYS DSNB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIMOCO | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ONE DISTRIBUTION COMPANY LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PACIFIC STANDARD LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PB FOOTWEAR USA LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES ENERGY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 64.82 | 64.82 | 32.38 | 32.38 | 0.00 |
| PF FLYER | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTAGE WORLDWIDE INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 627.00 | 627.93 | 426.86 | 426.86 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 0.00 | 530.85 | 369.17 | 369.17 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1.00 | 13,541.52 | 13,541.52 | 9,417.72 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 7,018.00 | 7,174.40 | 7,174.40 | 4,989.57 | 0.00 |
| PRETTY UGLY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| RADIO SHACK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| REEBOK INTERNATIONAL LTD | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SEAN MULRONEY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SEDGWICK & CEDAR | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SHAWNIMALS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICING | Secured | 215,000.00 | 219,611.61 | 133,382.82 | 133,382.82 | 0.00 |
| SPECIALIZED LOAN SERVICING | Secured | NA | 2,255.54 | 2,805.54 | 2,805.54 | 0.00 |
| SPECIALIZED LOAN SERVICING | Unsecured | 72,142.15 | NA | NA | 0.00 | 0.00 |
| SQUIBBLES INK INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| STRANGECO | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SUBCULTURE DISTRIBUTION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| TARGET | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| TARGET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TARGET NB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TOKIDOKI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TOKIDOKI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TOKIDOKI | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| TOYNAMI INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT | Unsecured | 281.64 | NA | NA | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT | Secured | 13,560.00 | 12,265.91 | 12,265.91 | 12,265.91 | 0.00 |
| UNVL CITI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UPPER PLAYGROUND | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| US DEPT OF EDUCATION | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| VISDSNB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VW CREDIT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO CENTURY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| WFNNB ANNT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB EXST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB J CREW | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/LIMITED | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/VICTORIAS SECRET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| YELP INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $133,382.82 | $133,382.82 | $0.00 |
| Mortgage Arrearage | $2,805.54 | $2,805.54 | $0.00 |
| Debt Secured by Vehicle | $29,398.40 | $29,398.40 | $2,356.88 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$165,586.76** | **$165,586.76** | **$2,356.88** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$214,138.12** | **$165,884.94** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $20,833.61 |
| Disbursements to Creditors | $333,828.58 |
| **TOTAL DISBURSEMENTS**: | **$354,662.19** |

**UST Form 101-13-FR-S (09/01/2009)**

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/02/2016                                      By: /s/ Tom Vaughn
                                                                               Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**